GENERAL ORDER NO. 14-9

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

## GENERAL ORDER ASSIGNING CIVIL CASES TO U.S CIRCUIT JUDGE WILLIAM C. BRYSON

The following Marshall Division patent cases are hereby transferred from the docket of U.S. District Judge Rodney Gilstrap to U.S. Circuit Judge William C. Bryson pursuant to Judge Bryson's current intercircuit designation to this court:

1. 2:13-cv-361 Freeny v Apple
2. 2:13-cv-530  Duel Digital Media v. OnLive Inc.
3. 2:13-cv-655  Loyalty Conversion Systems v. American Airlines
4. 2:13-cv-463  LBS v. Waze
5. 2:13-cv-52   Trover Group v. Tyco
6. 2:13-cv776  Penovia v. Gigaset Communications
7. 2:13-cv-876 Tejas Research v. Bed Bath & Beyond
8. 2:13-cv-998  Long Corner v. Acer America
9. 2:12-cv-761  DietGoal v. Kellan Restaurant Management
10. 2:12-cv-689  Astute Technology v. Learner's Digets
11. 2:12-cv-800  Kroy IP v. Safeway

Signed this __4__ day of April, 2014.

**FOR THE COURT:**



_____
LEONARD DAVIS
Chief Judge